UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MOHAMED LEMINE M'BARECK,
            Petitioner

vs.                                                              Case No. 5:21-cv-5054-TLB

ALEJANDRO MAYORKAS, as
Secretary of the Department of
Homeland Security, in his official
capacity; TRACY RENAUD, as the
Acting Director of USCIS, in her
official capacity; and Jane Doe, as the
Director of USCIS New Orleans field
office in her official capacity
            Defendants.

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action that:

      1.      The Plaintiff, Mohamed Lemine M'Bareck ("Plaintiff"), seeks an order from this Court compelling the United States Citizenship and Immigration Services ("USCIS") to schedule plaintiff for an asylum interview. (the "Complaint"). The Plaintiff filed the amended Complaint on August 17, 2021. (Doc. 15).

      2.      That USCIS has scheduled the Plaintiff for an asylum interview on October 25, 2021.

      3.      That within 60 days of the scheduled asylum interview, USCIS will adjudicate the Plaintiff's asylum application. The Parties agree that in the event that there is a request for additional evidence or a vetting or security issues arises, that the time may be delayed by up to 120 additional days.

      4.      The action shall be dismissed without prejudice, with each party to bear its own costs, expenses, and fees.

      5.      This Court will retain jurisdiction and the action may be reinstated within 180 days of the date

of the asylum interview if the Plaintiff's Asylum application is not adjudicated.

     6.     The Clerk of the Court is directed to enter judgment accordingly.

                               Respectfully submitted,

By:    /s/ Joseph Hall
        Rose Law Firm,
        a Professional Association
        Joseph Hall, Ark. Bar No. 2012191
        P.O. Box 4800
        Fayetteville, AR 72702
        Phone: (479) 695-1330
        Fax:   (479) 695-1332
        Email: jhall@roselawfirm.com

        Arkansas Immigrant Defense
        4024 Wagon Wheel Rd.
        Springdale, AR 72762
        Stephen Coger, Ark. Bar No. 2015197
        Phone: (479) 259-2487
        Email: director@arkansaslaw.org
        Matthew Bender, Ark. Bar No. 2014105
        Phone: (479) 200-3497
        Email: mlbende@uark.edu

        *Counsel for Plaintiff*

           and

        DAVID CLAY FOWLKES
        ACTING UNITED STATES ATTORNEY

By:    /s/ Seth T. Creed
        Seth T. Creed
        Assistant United States Attorney
        Western District of Arkansas
        Ark. Bar No. 2010176
        Phone: (479) 249-9045
        Fax:   (479) 441-0569
        Email: seth.creed@usdoj.gov

        *Counsel for Defendants*

SO ORDERED this

19th day of October, 2021

_____
HONORABLE TIMOTHY L. BROOKS
United States District Judge